Beatrice Campbell, as Administrator of the Estate of Isaiah E. Hooks, Deceased, and Beatrice Campbell, Individually, Appellants, v. Children's Training School, an Illinois Corporation, John M. Boyden, et al., Appellees.

**Gen. No. 11,877.** 

Third District.

May 19, 1964.

 Stuart C. Kroesch, of Joliet (John C. Blackslee, of counsel), for appellants; Vinson & Singer, of Joliet, for certain appellees. Opinion by JUDGE SCHEINEMAN. Not to be published in full.